AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of  Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |
| JOHNNY RUDOLPH | Case No.      2:04-cr-124-WHA<br>USM No.      11480-002 |

James Cooper
_Defendant's Attorney_

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)      1 and 2 of the petition      of the term of supervision.

☐   was found in violation of condition(s)      _____      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime | 4/6/2015 |
| 2 | Failure to refrain from unlawful possession of a controlled substance | 4/6/2015 |

        The defendant is sentenced as provided in pages 2 through      2      of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   Violation #3 is dismissed on oral motion of the Government.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec.      1052

Defendant's Year of Birth:      1982

City and State of Defendant's Residence:
Hayneville, AL

December 2, 2015
Date of Imposition of Judgment

/s/ W. Harold Albritton
Signature of Judge

W. Harold Albritton      Senior U. S. District Judge
Name and Title of Judge

December 2, 2015
Date

AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page    2    of    2

DEFENDANT:        JOHNNY RUDOLPH
CASE NUMBER:      2:04-cr-124-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

18 months, with no term of supervision to follow.  It is ORDERED that the term of supervised release imposed on June 27, 2005, is REVOKED.  The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 18 months.

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐   a.m.   ☐   p.m.   on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL